**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO.: **3:19-bk-03614-JAF**

**ANGELO L. WILLIMAS**,

   Debtor.
_____/

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a copy of the attached Amended Summary of Your Assets and Liabilities and Certain Statistical Information and Schedule A has been has been furnished by Electronic Mail or U.S. Mail to all parties of interest listed on the attached mailing matrix on this 23rd day October, 2019.

   **The Law Offices of Keith D. Collier, PLLC**

   /s/ Keith D. Collier, Esquire
   **KEITH D. COLLIER**
   Florida Bar No.: 0633771
   2770 Park Street
   Jacksonville, FL 32205
   904-981-8100/904-981-8015 Fax
   Collier@KeithDCollier.com
   Attorney for Debtor(s)