


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/13/2020 01:32 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

CASE NUMBER: FILING DATE:

**3:19-bk-03614-JAF 7 09/24/2019**

**Chapter 7**

**DEBTOR:** Angelo Williams

**DEBTOR ATTY: Keith Collier**

**TRUSTEE: Doreen Abbott**

**HEARING:**

RESCHEDULED Preliminary Hearing on Motion for Relief from Stay Re: 1021 GARDENBRIDGE PL, SAINT CHARLES, MISSOURI 63303 Filed by Ida A Moghimi-Kian on behalf of Creditor New Residential Mortgage LLC (Moghimi-Kian, Ida) Doc #10

-Response to Motion for Relief from Automatic Stay filed by Creditor, New Residential Mortgage, LLC Filed by Eugene H Johnson on behalf of Trustee Doreen Abbott (related document(s)[10]). (Johnson, Eugene) Doc #18

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
RESCHEDULED Preliminary Hearing on Motion for Relief from Stay Re: 1021 GARDENBRIDGE PL, SAINT CHARLES, MISSOURI 63303 Filed by Ida A Moghimi-Kian on behalf of Creditor New Residential Mortgage LLC (Moghimi-Kian, Ida) Doc #10

RESCHEDULED TO MARCH 16 @ 1:30 CLERK TO PREPARE

-Response to Motion for Relief from Automatic Stay filed by Creditor, New Residential Mortgage, LLC Filed by Eugene H Johnson on behalf of Trustee Doreen Abbott (related document(s)[10]). (Johnson, Eugene) Doc #18
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.